JOHN C. ROCHESTER, Appellant, *v.* HUGH G. BERGEN et al., Respondents.

Argued June 14, 1943; decided October 14, 1943.

*Henry Vollmer, Jr.*, and *John C. Osborne* for appellant.

*Lloyd P. Stryker, Howard A. Rochford* and *Harold W. Wolf-ram* for respondents.

*Per Curiam.* Paragraph 3 of the agreement is invalid. Paragraph 2 is inseparable from paragraph 3 and falls with it. There has been no refusal or failure to perform any other provision of the agreement. The judgment appealed from denying specific performance and dismissing the complaint is therefore affirmed, with costs.

The judgment should be affirmed, with costs.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Judgment affirmed.